**Opinion issued July 19, 2012.**



In The

# Court of Appeals
### For The
# First District of Texas

---

**NO. 01-11-00584-CV**

---

**Dr. Theresa Hearn-Haynes, Appellant**

**V.**

**Candlelight Hills, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-81797**

---

## MEMORANDUM OPINION

Appellant, Dr. Theresa Hearn-Haynes, has neither established indigence nor

paid, or made arrangements to pay, the fee for preparing the clerk's record. *See*

TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b)

(allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.